IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION
CIVIL ACTION NO. 2:11-CV-00020-F

PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY,

          Plaintiff,

v.

KEITH A. TERRY,

          Defendant.

**ORDER GRANTING ENTRY OF DEFAULT**

THIS MATTER is before the Court on motion by the Plaintiff Provident Life and Accident Insurance Company, for entry of default against Defendant Keith A. Terry ("Defendant"), and it appears to the Court based upon the record in this case that the Defendant has been properly served with the Verified Complaint, and that the Defendant is in default for failure to plead or otherwise defend in response to the Verified Complaint as required by the Federal Rules of Civil Procedure Rule 12(a)(1)(A).

For good cause shown, and in accordance with the Federal Rules of Civil Procedure Rule 55(a), such default is hereby GRANTED against Defendant Keith A. Terry.

IT IS SO ORDERED.

This 18th day of Oct. 2011.

                                      _____
                                      Clerk of United States District Court