UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | | |
|---|---|---|
| PROVIDENT LIFE AND ACCIDENT | ) | |
| INSURANCE COMPANY, | ) | |
|        Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 2:11-CV-20-F |
| | ) | |
| KEITH A. TERRY, | ) | |
|        Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for consideration of the Motion for Default Judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Clerk of Court shall enter Judgment against the defendant, Keith A. Terry, in favor of the plaintiff, Provident Life and Accident Insurance Company, in the sum of one hundred and ten thousand, nine hundred thirty-seven dollars and ninety-six cents ($110,937.96). The Clerk of Court is DIRECTED to close the case.

**This Judgment Filed and Entered on November 30, 2011 and Copies To:**

Brian C. Fork (via CM/ECF Notice of Electronic Filing)


DATE                                              DENNIS P. IAVARONE, CLERK
November 30, 2011                       /s/ Susan K. Edwards
                                                         (By) Susan K. Edwards, Deputy Clerk